# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE MC GEE, | Case No. 3:09-CV-03228-JSW |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| BUNZL PAPER CRAFT AND DOES 1 through 50, inclusive, | |
| Defendants. | |

R. Lance Witcher, whose business address and telephone number is

> R. LANCE WITCHER (Missouri State Bar No. 45940)
> lance.witcher@ogletreedeakins.com
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
> 7700 Bonhomme Avenue, Suite 650
> St, Louis, MO 63105
> Telephone: 866-956-3677
> Facsimile: 866-581-3433

and who is an active member in good standing of the bars of Missouri, Colorado, New York, Florida, Illinois and Kansas, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Bunzl Distribution California, LLC

1     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 13, 2009

*[signature: Jeffrey S. White]*
Jeffrey S. White
United States District Judge