FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
5050 El Camino Real, Ste. 228
Los Altos, CA 94022

(650) 964-8901

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| LAWRENCE MCGEE,<br><br>    Plaintiff,<br><br>vs.<br><br>BUNZL PAPER CRAFT, and DOES 1 through 50, inclusive,<br><br>    Defendant. | CASE NO. C09-3228 JSW<br><br>**STIPULATION AND REQUEST FOR DISMISSAL** |

PLAINTIFF AND DEFENDANT hereby jointly Stipulate to the Dismissal of this action with prejudice.

Each party to bear his/its own costs.

Dated: February 4, 2010    LAW OFFICE OF FRANK E. MAYO

                                          By:    /S/
                                                    Frank E. Mayo
                                                    Attorney for Plaintiff
                                                    LAWRENCE McGEE

Dated: February 4, 2010    OBLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                          By:    /S/
                                                    Lance Witcher
                                                    Attorneys for Defendant

STIPULATION AND REQUEST FOR DISMISSAL   1

1
2  Bunzl Distribution
   California, LLC
3  Erroneously sued as
   Bunzl Paper Craft
4

5   IT IS SO ORDERED:

6   The above-entitled action is hereby dismissed.

7
    Dated: February 5, 2010     _____
8                               JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE
9

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND REQUEST FOR DISMISSAL    2