```
FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
5050 El Camino Real, Ste. 228
Los Altos, CA 94022

(650) 964-8901

Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| LAWRENCE MCGEE,<br><br>    Plaintiff,<br><br>vs.<br><br>BUNZL PAPER CRAFT, and DOES 1 through 50, inclusive,<br><br>    Defendant. | CASE NO. C09-3228 JSW<br><br>**STIPULATION AND REQUEST FOR DISMISSAL** |

    PLAINTIFF AND DEFENDANT hereby jointly Stipulate to the Dismissal of this action with prejudice.

    Each party to bear his/its own costs.

Dated: February 4, 2010    LAW OFFICE OF FRANK E. MAYO

                                         By: ____/S/_____
                                                 Frank E. Mayo
                                                 Attorney for Plaintiff
                                                 LAWRENCE McGEE

Dated: February 4, 2010    OBLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                         By: ____/S/_____
                                                 Lance Witcher
                                                 Attorneys for Defendant

STIPULATION AND REQUEST FOR DISMISSAL   1

|   |   |
|---|---|
| 1 | Bunzl Distribution |
| 2 | California, LLC |
|   | Erroneously sued as |
| 3 | Bunzl Paper Craft |

IT IS SO ORDERED:

The above-entitled action is hereby dismissed.

Dated: February 5, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION AND REQUEST FOR DISMISSAL    2